UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATY BRAY, et al.,

    Plaintiffs,

HONORABLE PAUL L. MALONEY

v.

Case No. 1:08-cv-1005

DOG STAR RANCH, INC., et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION TO ADJOURN TRIAL

This matter is before the Court on the plaintiffs' motion to adjourn trial (Dkt. #51). After consideration of the plaintiffs' motion and defendants' response thereto, the Court will adjourn the trial to June 2010. Accordingly,

**IT IS HEREBY ORDERED** that the plaintiffs' motion to adjourn trial (Dkt. #51) is **GRANTED**. An amended case management order shall issue.


Date: March 16, 2010
                /s/ Paul L. Maloney
                Paul L. Maloney
                Chief United States District Judge