UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATY BRAY and RICHARD BRAY,
       Plaintiffs,

No. 1:08-cv-1005

-v-

HONORABLE PAUL L. MALONEY

DOG STAR RANCH, INC,
PATRICK YARNOLD, and
CAROL YARNOLD, Personally and
Individually,
       Defendants.

ORDER FOR PLAINTIFFS TO FILE RESPONSE

On March 22, 2010, Defendants filed a motion for reconsideration. The local rules do not authorize an answer to a motion for reconsideration, unless requested by the court. *See* W.D. Mich. LCivR 7.4(b). Plaintiff is hereby **ORDERED TO FILE A RESPONSE** to Defendants' motion for reconsideration (Dkt. No. 58) no later than twenty-one days from the date of this order.

Date:  March 29, 2010                                /s/ Paul L. Maloney
                                                                       Paul L. Maloney
                                                                       Chief United States District Judge