UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATY BRAY, et al.,

        Plaintiffs,                    HONORABLE PAUL L. MALONEY

v.                                    Case No. 1:08-cv-1005

DOG STAR RANCH, INC., et al.,

        Defendants.

_____/


**ORDER REGARDING CLOSING DOCUMENTS**


        The Court having been informed on today's date by telephone call from counsel for

defendants of the parties' agreement to settle this matter:

        **IT IS HEREBY ORDERED** that appropriate closing documents shall be filed with

the Court by **June 17, 2010**.


DATED:  May 20, 2010            /s/ Paul L. Maloney           
                                         Paul L. Maloney
                                         Chief United States District Judge