**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

KATY BRAY and RICHARD BRAY,

    Plaintiffs,　　　　　　　　　　　　　　　HON. PAUL L. MALONEY

v.

　　　　　　　　　　　　　　　　　　　　　　　　DOCKET NO. 1:08-CV-1005

DOG STAR RANCH, INC., PATRICK
YARNOLD and CAROL YARNOLD, Personally
and Individually,

    Defendants.
_____

## STIPULATION OF DISMISSAL OF CASE
## AGAINST DEFENDANTS

NOW COMES, Plaintiffs, KATY BRAY and RICHARD BRAY, and Defendants DOG STAR RANCH, INC., PATRICK YARNOLD and CAROL YARNOLD, by and through their respective counsel of record, and hereby stipulate and agree to the dismissal of the Complaint against all Defendants, with prejudice and without costs, as a settlement has been reached.

                                    PINSKY, SMITH, FAYETTE & KENNEDY, LLP
                                    Attorneys for Plaintiffs

Dated: June 18, 2010　　　　　　　　By:  _/s/ Katherine Smith Kennedy_
                                         Katherine Smith Kennedy (P54881)
                                   Business Address:
                                       146 Monroe Center, NW, Suite 805
                                       Grand Rapids, MI 49503
                                       (616) 451-8496

McSHANE & BOWIE, PLC
Attorneys for Defendants


Dated:  June 18, 2010          By /s/ Timothy J. Ryan
                                  Timothy J. Ryan (P40990)
                               Business Address:
                                  P. O. Box 360
                                  1100 Campau Square Plaza
                                  99 Monroe Avenue NW
                                  Grand Rapids, MI  49501-0360
                                  (616) 732-5000


ORDER OF DISMISSAL WITH PREJUDICE


Pursuant to the Stipulation of the parties, the Complaint is dismissed with prejudice and without costs.

Plaintiff's Motion for Order in Limine (Dkt. #60) is DISMISSED as moot.

**IT IS SO ORDERED.**


Date:  June 18, 2010              /s/  Paul L. Maloney
                                  Paul L. Maloney
                                  Chief United States District Judge